McGREGOR W. SCOTT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:17-CR-00198-LJO |
|---|---|
| Plaintiff, | STIPULATION FOR PROTECTIVE ORDER REGARDING SENSITIVE MATERIAL |
| v. | |
| DANIEL VILLANUEVA, | Trial Date: May 7, 2019<br>Time: 8:30 am |
| Defendant. | COURT: Hon. Lawrence J. O'Neill |

WHEREAS, the government possesses, or may come to possess, recordings, photographs, documents, reports, or other materials the disclosure of which may ordinarily be required by the government's Rule 16, Jencks Act, Brady or other discovery obligations, but the dissemination of which could pose a serious risk to certain defendants, witnesses, or the confidentiality of an ongoing investigation (the "Sensitive Materials");

WHEREAS, the parties desire to have the Sensitive Materials produced to defense counsel;

WHEREAS, the parties agree that entry of a stipulated protective order is appropriate.

THEREFORE, Defendant Daniel Villanueva, by and through his counsel, Virna Santos, and the United States of America, by and through Assistant United States Attorney Jeffrey A. Spivak, hereby agree and stipulate as follows:

1.      This Court may enter a protective order pursuant to Rule 16(d) of the Federal Rules of

STIPULATION FOR PROTECTIVE ORDER                    1

Criminal Procedure, and its general supervisory authority.

2. This Order pertains to the Sensitive Materials, which will be identified as Sensitive Materials. This Order also relates to any written or verbal communications between the government and Defense Counsel regarding the Sensitive Materials.

3. By signing this Stipulation and Protective Order, Defense Counsel agrees not to share any information, verbal or written, that contain Sensitive Materials with anyone other than Defense Counsel, defense investigators, and support staff. Defense Counsel may permit Defendant to review un-redacted documents in the presence of his attorney, defense investigators, and support staff, but may not, in any event share the true identity or personal information – other than first name – of the Confidential Informant in this case. The parties agree that Defense Counsel, defense investigators, and support staff shall not allow Defendant to copy Sensitive Materials contained in the discovery. Should Defense Counsel seek to disseminate these documents to anyone other than Defense Counsel, defense investigators, and support staff, Defense Counsel shall not do so before the intended recipient has executed a declaration to the Court indicating that he/she has read the Court's protective order and agrees to abide by its terms and Defense Counsel has provide a declaration to the Court indicating to whom the discovery has been provided and the number of copies provided.

4. The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose.

5. Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

6. Defense Counsel shall be responsible for advising Defendant, employees, and other members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

7. In the event that Defendant substitutes counsel, undersigned Defense Counsel agrees to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by this Order.

///

///

8. Defense Counsel reserves the right to later seek to have the terms of this Order modified or revoked.

IT IS SO STIPULATED.

DATED: April 15, 2019     McGREGOR W. SCOTT
United States Attorney

By: /s/ *Jeffrey A. Spivak*
JEFFREY A. SPIVAK
Assistant U.S. Attorney

DATED: April 15, 2019     By: /s/ Virna Santos
VIRNA SANTOS
Attorney for Defendant Daniel Villanueva
(approved by email 4/15/2019)

ORDER

IT IS SO ORDERED.

Dated: **April 16, 2019**     **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE