VIRNA L. SANTOS, ESQ., SBN 150017
Santos Law Group
1225 E. Divisadero Street
Fresno, CA 93721
Office: (559) 500-3900
Fax: (559) 500-3902

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITEDS STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    v.<br><br>DANIEL VILLANUEVA,<br><br>               Defendant. | CASE NO. 1:17-CR-0198 LJO<br>**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE LAWRENCE J. O'NEILL AND JEFFREY SPIVAK, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, DANIEL VILLANUEVA by and through his attorney of record, Virna L. Santos, hereby requesting that the sentencing hearing currently set for November 18, 2019, 2019 be continued to January 13, 2020.

This continuance is due to an ongoing family emergency relating to Mr. Villanueva's grandmother's illness. Mr. Villanueva is his grandmother's caregiver. Due to this emergency, he has been unable to meet with defense counsel to discuss his presentence report or prepare

STIPULATION AND PROPOSED ORDER TO CONTINUE SENTENCING HEARING

1

the necessary documents for his sentencing hearing.  I have corresponded with AUSA Jeffrey Spivak, who has no objection to continuing the sentencing hearing.

**IT IS SO STIPULATED.**

                                    Respectfully Submitted,

DATED:  October 16, 2019          /s/ Virna L. Santos
                                    VIRNA L. SANTOS
                                    Attorney for Defendant
                                    DANIEL VILLANUEVA


DATED:  October 16, 2019          */s/* Jeffrey Spivak
                                    JEFFREY SPIVAK
                                    Assistant U.S. Attorney

**ORDER**

The sentencing hearing currently set for November 18, 2019 is hereby continued to January 13, 2020 at 10:30 a.m.    NO FURTHER CONTINUANCES.

IT IS SO ORDERED.

Dated:  **October 16, 2019**       **/s/ Lawrence J. O'Neill**
                                      UNITED STATES CHIEF DISTRICT JUDGE