HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:17-CR-00198-LJO-SKO |
| *Plaintiff,* | **APPLICATION AND ORDER APPOINTING COUNSEL** |
| vs. | |
| DANIEL VILLANUEVA, | |
| *Defendant.* | |

    Defendant, Daniel Villanueva, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel to pursue early termination of his probation.

    On January 28, 2020, Mr. Villanueva was sentenced to 60 months of probation. He began serving his term of probation on January 28, 2020. Mr. Villanueva submits the attached Financial Affidavit as evidence of his inability to retain counsel currently. After reviewing his *Financial Affidavit*, it is respectfully recommended that counsel be appointed.

DATED: April 4, 2023                                 */s/ Eric V Kersten*
                                                                    ERIC V. KERSTEN
                                                                    Assistant Federal Defender
                                                                    Branch Chief, Fresno Office

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel at this time, the Court hereby appoints counsel pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated:   **April 5, 2023**                        /s/ Barbara A. McAuliffe
                                                              UNITED STATES MAGISTRATE JUDGE