**HENNESSY LAW GROUP**
Timothy Hennessy State Bar No. 286317
1217 L Street
Bakersfield, CA 93301
Tel: (661) 237-7179
Fax: (661) 742-1898
Email: tph@hennessyatlaw.com

Attorney for:
DANIEL VILLANUEVA

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL VILLANUEVA,<br><br>Defendant | Case No.: 1:17-cr-00198-LJO-SKO-6<br><br>**ORDER TO TERMINATE SUPERVISED RELEASE** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, JENNIFER L. THURSTON AND JEFFREY SPIVAK, ASSISTANT UNITED STATES ATTORNEY:

**IT IS SO ORDERED** that defenses' Motion for Early Termination of Supervised RELASED (Doc. No. 693) is granted. This Mr. Daniel Villanueva is hereby terminated from supervised release.

IT IS SO ORDERED.

Dated: June 14, 2023

HONORABLE JENNIFER L. THURSTON
UNITED STATES DISTRICT JUDGE