**HENNESSY LAW GROUP**
Timothy Hennessy State Bar No. 286317
1217 L Street
Bakersfield, CA 93301
Tel: (661) 237-7179
Fax: (661) 742-1898
Email: tph@hennessyatlaw.com

Attorney for DANIEL VILLANUEVA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL VILLANUEVA,<br><br>Defendant. | No. 1:17-cr-00198-6 JLT<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF TIMOTHY HENNESSY AS ATTORNEY OF RECORD AND ORDER** |

On April 5, 2023, Daniel Villanueva was appointed to our office for a Motion to Terminate/Modify Probation. Timothy Hennessy was appointed as counsel to represent Mr. Villanueva on 1:17-cr-00198-6 JLT in his criminal case. Mr. Villanueva was sentenced pursuant to a plea agreement on January 10, 2020. The time for filing a direct appeal was January 28, 2020. No direct appeal was filed. Mr. Villanueva is out of custody. Having completed his representation of Mr. Villanueva, Timothy Hennessy now moves to terminate his appointment under the Criminal Justice Act.

/
//

1  ///

2       Should Mr. Villanueva require further legal assistance he has been advised to contact the
3  Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street,
4  Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-
5  free), which, if appropriate, will arrange for the re-appointment of counsel to assist him/her.

7  Dated: June 23, 2023,                         Respectfully submitted,

9                                       /s/*Timothy Hennessy*
10                                      Timothy Hennessy
                                        Attorney for Daniel Villanueva

**ORDER**

Having reviewed the notice and found that attorney Timothy Hennessy has completed the services for which he was appointed, the Court hereby grants attorney Timothy Hennessy's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Daniel Villanueva at the following address and to update the docket to reflect Defendant's pro se status and contact information.

Daniel Villanueva
410 S. Recreation Ave
Fresno, CA 93702

IT IS SO ORDERED.

Dated: **October 12, 2023**

UNITED STATES DISTRICT JUDGE